IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Eckberg Jr, John R | Case Number: 06 B 07907 |
|---|---|---|
| | Eckberg, Mona L | Judge: Wedoff, Eugene R |
| | Printed: 8/19/08 | Filed: 7/5/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 3, 2008
Confirmed: August 24, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 24,818.15 |  |
| Secured: |  | 21,201.50 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,334.79 |
| Trustee Fee: |  | 1,281.86 |
| Other Funds: |  | 0.00 |
| Totals: | 24,818.15 | 24,818.15 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph P Doyle | Administrative | 2,354.00 | 2,334.79 |
| 2. | CitiFinancial | Secured | 4,025.00 | 3,362.19 |
| 3. | American Home Mortgage Servicing | Secured | 18,886.82 | 15,765.48 |
| 4. | WFS Financial | Secured | 4,887.09 | 2,073.83 |
| 5. | American Home Mortgage Servicing | Secured | 6,970.00 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 171.63 | 0.00 |
| 7. | Fingerhut Credit Advantage | Unsecured | 30.84 | 0.00 |
| 8. | Merrick Bank | Unsecured | 100.81 | 0.00 |
| 9. | Portfolio Acquisitions | Unsecured | 97.25 | 0.00 |
| 10. | Merrick Bank | Unsecured | 111.18 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 31.57 | 0.00 |
| 12. | Fingerhut Credit Advantage | Unsecured | 34.42 | 0.00 |
| 13. | Credit First | Unsecured | 40.59 | 0.00 |
| 14. | Nicor Gas | Unsecured | 71.77 | 0.00 |
| 15. | Financial Federal | Unsecured |  | No Claim Filed |
| 16. | AT&T Consumer Long Distance | Unsecured |  | No Claim Filed |
| 17. | I.C. Systems | Unsecured |  | No Claim Filed |
| 18. | Isc Collection Service | Unsecured |  | No Claim Filed |
| 19. | Medical Collections | Unsecured |  | No Claim Filed |
| 20. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 21. | Retina Vitreous Assoc | Unsecured |  | No Claim Filed |
| 22. | Trust Receivable Services | Unsecured |  | No Claim Filed |
| 23. | Zales | Unsecured |  | No Claim Filed |
|  |  |  | $ 37,812.97 | $ 23,536.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Eckberg Jr, John R  
         Eckberg, Mona L  
         Printed: 8/19/08

Case Number: 06 B 07907  
Judge: Wedoff, Eugene R  
Filed: 7/5/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 466.45 |
| 5.4% | 815.41 |
|  | _____ |
|  | $ 1,281.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

